IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATYA MAHURIN NAVOICHICK,

    Plaintiff,

v.                                                1:24-cv-01101-MLG-LF

KARE TECHNOLOGIES, L.L.C.,

    Defendant.

### <u>ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT</u>

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than

**Monday, October 27, 2025**, absent a written motion showing good cause for an extension.

 

Laura Fashing
United States Magistrate Judge